**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 15-6126**

─────────────

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

ANTONIO MONTANA BOYD, a/k/a Josh Poole, a/k/a Ya Yo,

              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:09-cr-00208-FL-1)

─────────────

Submitted:  May 19, 2015              Decided:  June 18, 2015

─────────────

Before GREGORY, WYNN, and DIAZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Antonio Montana Boyd, Appellant Pro Se.  Stephen Aubrey West, Assistant United States Attorney, Eric David Goulian, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Montana Boyd appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Boyd</u>, No. 5:09-cr-00208-FL-1 (E.D.N.C. Jan. 14, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>